## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10279 |
| | ) | |
| MELLISE PTACEK | ) | Chapter 7 |
| | ) | |
| | ) | Judge: Arthur I. Harris |
| Debtor(s) | ) | |
| | ) | |
| Richard Baumgart, | ) | |
| Trustee in Bankruptcy | ) | |
| 55 Public Square, 21st Floor | ) | |
| Cleveland, OH 44113 | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARLENE NORTON | ) | |
| 15235 Forest Park Drive | ) | |
| Strongsville, OH 44136 | ) | |
| | ) | |
| JAMES PTACEK | ) | |
| 18052 Benbow Road | ) | |
| Strongsville, OH 44136 | ) | |
| | ) | |
| MELLISE PTACEK | ) | |
| 15235 Forest Park Drive | ) | |
| Strongsville, OH 44136 | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT FOR TURNOVER OF PERSONAL PROPERTY

Richard Baumgart, Trustee in Bankruptcy, Plaintiff herein, by and through counsel respectfully represents to the Court as follows:

1. Jurisdiction of the within proceedings is vested in this Court by virtue of the provisions of 28 U.S.C. §157 as amended and effective July 10, 1984 as part of the Bankruptcy Amendments

and Federal Judgeship Act of 1984, Local General Order No. 2012-7, entered on April 4, 2012, by the United States District Court for the Northern District of Ohio and 28 U.S.C. §1334 as amended, in that the matters hereinafter alleged as the Complaint of Plaintiff are core proceedings within the core matter jurisdiction of this Court relating, among other things, to the recovery of property belonging to the within estate and with respect to which the Plaintiff consents to the entry of all final orders by the Bankruptcy Court and the Judge thereof.

2.  On January 22, 2016, the Debtor, Mellise Ptacek, filed a petition in the United States Bankruptcy Court for the Northern District of Ohio, as is more fully reflected in the caption of this Complaint, seeking relief under Chapter 7 of Title 11 of the United States Code in which case an order for relief was entered on that date.

3.  Plaintiff is the duly appointed, acting and qualified Trustee in Bankruptcy for the Debtor, Mellise Ptacek ("Debtor"), who is also a defendant herein.

4.  Defendant, Marlene Norton ("Norton"), is the Debtor's mother.

5.  Defendant, James Ptacek ("Ptacek") is the former spouse of the Debtor.

## COUNT I

6.  Plaintiff incorporates herein by reference the averments of paragraphs 1 through 5  above as though fully rewritten herein.

7.  Prior to the commencement of the bankruptcy case, the Debtor commenced an action against her former spouse, James Ptacek, claiming he was in possession of substantial and valuable property belonging to her.  A copy of the list of property (the "Property") claimed by the Debtor in her domestic relations case is attached hereto and includes expensive silver, glassware and fur coats among other things.

2

8.  Upon demand by the Trustee for turnover of the Property, the Debtor had a sudden change of heart and claimed the Property belongs to her mother, Marlene Norton.

9.  In an effort to sort out the claims, a court order directing Marlene Norton to appear for examination pursuant to Rule 2004 was entered and served upon her.

9.  Marlene Norton failed to appear for examination.

10.  Upon information and belief Plaintiff believes that the Property is in the possession of either the Debtor, Marlene Norton or her former husband, James Ptacek.

11.  Plaintiff is entitled to turnover and possession of the Property from either or all of the Defendants pursuant to §§541and 542 of the Bankruptcy Code, or is entitled to the value thereof from such Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants directing them to turn over the property identified in the complaint to the Trustee, or for the value thereof, and for such other and further relief as may be just and equitable in the premises.

/s/Richard A. Baumgart
Richard A. Baumgart (#0002664)
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, Ohio  44113-1902
Phone: (216) 696-6000
Fax:  (2l6) 696-3338
Email: rbaumgart@dsb-law.com
Attorney for Trustee

3

Subject: Mellise Ptacek belongings at benbow house

From: Mellise Ptacek (melliseptacek@hotmail.com)

To: rsom8@sbcglobal.net;

Date: Tuesday, October 7, 2014 9:12 PM

treadmill   2500
black opera full length mink coat   1275
dark mahogany opera full length mink coat  1400
sheared beige fox trim mink coat   4000
iris color 3/4 length mink coat  1400
saks black and gold sequin coat  550
8 chaffing dishes 300 each    2400
soda maker       139
hot dog maker    50
10 glass trays   500
20 glass bowls  500
stainless steal punch bowl  250
glass punch bowl  heirloom
metal bowls
pots and pans    8900
tupperware containers
platters
3 crock pots 1 large 2 small
fitz and flloyd kitchen canister set fruit
flower painted wine goblets from god mother heirloom 12
crystal set of wine glasses from god mother heirloom 12}
crystal set of water glasses from god mother heirloom 12
2 gold silverware sets
1 sterling silver silverware set
entire place setting in gold
red casserole dishes with carrier and hot trays
roosters on top of selves in kitchen
palm trees in kitchen from fathers funeral
clock in kitchen from parents
hamburger bowl
taco holder
vegetable trays
insulated coolers flowers with a p on it
huge silver bowl
electric chopper
small electric chopper
mixer
all baking supplies and molds
microwave steamer by tupperware
silver serving trays  small med large
round marble table in kitchen    1000
angel table with glass top   600
gold metal cherub ant-iron fireplace  heirloom   2000
fireplace screen fan shaped gold           350
2 sets of bronze statues men and women on book case in family room
malikite jewelry box and vase green and brown
Lenox vase
white amour with glass from god mother  everything in it  all heirloom statues and china dolls
Snow White dolls with seven dwarfs set   500

stiffel teddy bear in box 650
victorian fenton porcelin lady desk lamp heirloom 400
mirror with lady desk lamp 150
waterford lotus shape candlelorbra 1000
12 baccarat champagne glasses 250 each
12 baccarat wine glasses 200 each
12 baccarat cordial glasses 150 each
baccarat ice bucket 400
baccarat creamer and sugar 250
baccarat wine decanter 400
baccarat candlestick set 500
baccarat water pitcher 600
waterford water glasses
waterford wine glasses
waterford juice glasses
victorian love seat with 2 chairs child set heirloom 1800
child set marble top tables and foot stools
gold leave mirrors large
gold hope chest
lane hope chest
Santa Claus painting
painting of women
painting of children
painting of woods
painting of deer
painting of cherubs
pineapple glass lamp
envelope china holder was in my office
brass desk lamp
black desk lamp
white marble head
fitz and flloyd shell bowl and water pitcher
2 metal crane candle holder statues in bathroom
iron bird cage with greenery
neiman marcus duvet covers shams and all bedding
oriental statues
3 palm trees from fathers funeral
all planter pots
50 boxes of christmas decorations
gold christmas tree
white christmas tree
7 ft green christmas tree
5 ft Christmas tree
heirloom man and lady mechanical dolls christmas
nativity set from Italy
blue global china nativity set
ceramic nativity set
glass nativity set
hand blown christmas trees
silver glass trees and garland
christmas bird house
santa fireplace metal statues
global set of bunnies 24 pieces christmas set
gold iron tree
30 boxes of easter decorations
2 sets of bunny statues 2 and 3 ft tall
global set of bunnies
30 boxes of halloween decorations

5 boxes of thanksgiving decorations
4 boxes valentine decorations
3 tier glass shelves that was in bathroom
perfume glass bottle collection antique
brass deer set on fireplace downstairs  basement
brass candle holders in basement
lightless candles
floral arrangement orchids in dining room
floral arrangement in hallway
floral arrangement in cut glass pot in kitchen
tool set from my father
party decorations for birthdays streamers
all occasion cards and wrapping paper  gift bags
craft supplies    glue gun
petal stools
couch table in dogs room
antique table in laundry room from grandmother
beaded lamp shades for chandelier
silver leaf bowl in kitchen
Flower arrangement with petal stool (in my office)
2 boxes of collection dolls.
Bar stools
Pool float from mother

Sent from my iPad