The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 20, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: May 20, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10279 |
| | ) | |
| MELLISE PTACEK | ) | Chapter 7 |
| | ) | |
| | ) | Judge: Arthur I. Harris |
| Debtor(s) | ) | |
| | ) | Adv. Case No. 17-1106 |
| Richard Baumgart, | ) | |
| Trustee in Bankruptcy | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARLENE NOTON, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER GRANTING MOTION OF PLAINTIFF TO DISMISS COMPLAINT FOR TURNOVER OF PERSONAL PROPERTY

This cause came on to be heard upon the motion of Richard Baumgart, Trustee in Bankruptcy, for an order dismissing this complaint pursuant to Rule 41, due notice having been given, and no party having objected thereto.

The Court finds the motion is well taken and should be granted and this adversary case should be dismissed without prejudice.

# # #

**Order Submitted by:**

/s/ Richard A. Baumgart

Richard A. Baumgart (0002664)
Dettelbach, Sicherman & Baumgart LLC
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone 216-696-6000
Fax 216-696-3338
rbaumgart@dsb-law.com

**SERVICE LIST**

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Richard Baumgart rbaumgart@dsb-law.com

Tiiara Patton Tiiara.Patton@usdoj.gov

ChristopherFreeman at chris@chrisfreemanlaw.com

**To be served by regular U.S. mail, postage prepaid on:**

Mellise Ptacek
15235 Forest Park Dr.
Strongsville, OH 44136

Marlene Noton
15235 Forest Park Dr.
Strongsville, OH 44136